```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

| | |
|---|---|
| KIM BROWN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    13-2586 |
| | ) |
| BOARD OF EDUCATION OF THE | ) |
| SHELBY COUNTY SCHOOLS, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Before the Court is Plaintiff Kim Brown's June 23, 2015 notice of nonsuit as to his remaining claim. (Notice of Nonsuit, ECF No. 111.) The case is DISMISSED with prejudice.

So ordered this 14th day of July, 2015.

                            /s Samuel H. Mays, Jr.
                            SAMUEL H. MAYS, JR.
                            UNITED STATES DISTRICT JUDGE