```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

KIM BROWN,

        Plaintiff,

vs.                                          NO. 13-2586-Ma

BOARD OF EDUCATION OF THE
SHELBY COUNTY SCHOOLS,

        Defendant.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice in accordance with the Order, docketed July 14, 2015.

**APPROVED:**

_s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| _July 14, 2015_ | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | _s/ Zandra Frazier_ |
| | (By) DEPUTY CLERK |